PAUL ANDRE (State Bar No. 196585)
  pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
  lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
  jhannah@kramerlevin.com
MICHAEL LEE (State Bar No. 264592)
  mhlee@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, California  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

Attorneys for Plaintiff BASCOM RESEARCH, LLC

STEFANI E. SHANBERG (State Bar No. 206717)
  sshanberg@wsgr.com
JENNIFER J. SCHMIDT (*pro hac vice*)
  jschmidt@wsgr.com
ROBIN L. BREWER (State Bar No. 253686)
  rbrewer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099

Attorneys for Defendant JIVE SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BASCOM RESEARCH, LLC, a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>JIVE SOFTWARE, INC., a Delaware corporation,<br><br>  Defendant. | Case No. 3:12-cv-06296-SI<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

Plaintiff Bascom Research, LLC ("Bascom") and Defendant Jive Software, Inc. ("Jive"), pursuant to Federal Rules of Civil Procedure 41(a)(2) and 41(c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, and all counterclaims WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "AGREEMENT" and dated May 13, 2013, with each party to bear its own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 17, 2013                KRAMER LEVIN NAFTALIS
                                    & FRANKEL LLP

                                   By: /s/ Lisa Kobialka
                                       Lisa Kobialka

                                   Attorneys for Plaintiff
                                   BASCOM RESEARCH, LLC


Dated: May 17, 2013                WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation


                                   By: /s/ Jennifer Schmidt
                                       Jennifer Schmidt

                                   Attorneys for Defendant
                                   JIVE SOFTWARE, INC.

STIPULATED MOTION FOR DISMISSAL
Case No. 3:12-cv-06296-SI                - 1 -

**ATTESTATION**

I, Lisa Kobialka, am counsel for Plaintiff Bascom Research, LLC, and the registered ECF user whose username and password will be used to file this Stipulated Motion for Dismissal With Prejudice. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the above-identified counsel for Defendant Jive Software, Inc., has concurred in this filing on behalf of said counsel.

Dated: May 17, 2013

*/s/ Lisa Kobialka*
Lisa Kobialka

**[PROPOSED] ORDER**

Came on this day for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and without prejudice of all counterclaims asserted by Plaintiff Bascom Research, LLC, and Defendant Jive Software, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit by Plaintiff Bascom Research, LLC, and against Defendant Jive Software, Inc., are hereby dismissed with prejudice, and all counterclaims are hereby dismissed without prejudice, subject to the terms of that certain agreement entitled "AGREEMENT" and dated May 13, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk is ordered to close the file.

IT IS SO ORDERED.

Dated:  5/17/13

_____
Honorable Susan Illston
United States District Judge